# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA LOUISE BARNETT (DECEASED) BY HER SPOUSE MICHAEL KENNETH BARNETT,<br><br>              Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>              Defendant. | Case No. CV 12-09903-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: February 5, 2015

                                                                  /s/ John E. McDermott
                                                                   JOHN E. MCDERMOTT
                                                 UNITED STATES MAGISTRATE JUDGE